NO. 07-05-0453-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2006
_____

SANGUINET BUILDING, L.P., APPELLANT

V.

SUNDOWN OPERATING, INC. AND DON H. WILSON, APPELLEES
_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 05-11-20215; HONORABLE HAROLD PHELAN, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

On February 23, 2006, the appellant filed an Unopposed Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice